JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLOS GOMEZ, | No. ED CV 09-00526-SJO (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW MARTEL, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 25, 2011

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE